IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS  60604

FILED
JAN 0 7 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GEORGE TOLBERT,
    Plaintiff,

08CV0118
JUDGE ST.EVE
MAG.JUDGE VALDEZ

V.

PHILIP J. CLINE, Superintendent,
 Chicago Police Department, et al.
    Defendant(s)

JURY DEMAND

CIVIL.RIGHTS COMPLAINT
Under Color of Law

APPLICATION TO PROCEED IN FORMA PAUPERIS

    I, GEORGE TOLBERT, swear to the penalty of perjury, and that I am the plaintiff in the above entitled matter and request this Court to allow plaintiff to proceed as indigent pursuant to 28 U.S.C. 1915.

    1. Plaintiff is currently incarcerated at the Cook County Jail since May 9, 2006 and has no current income, with a balance of -$3.54¢ in his trust fund account.
    2. Plaintiff is currently unemployed at said jail, with no source of income or payment from the jail.
    3. Plaintiff has not received any money from any of the following sources:
        (a). Business, professional or self-employment...............NONE
        (b). Rent payments, interest or dividends....................NONE
        (c). Pensions, annuities, or insurance payments.............NONE
        (d). Disability or workers compensation payments............NONE
        (e). Gifts or inheritances...................................NONE
        (f). Any other source........................................NONE
        (g). Cash, checking or savings account......................NONE
    4. Plaintiff do not own any real estate, stocks, bond, securities, other financial instruments, automobiles or other valuable property.NONE
    5. No one is dependent on me for support.........................NONE

    I declare under the penalty of perjury pursuant to 28U.S.C. 1746
    that the above information is true and correct.

DATED: DECEMBER 26, 2007

                                                                    George Tolbert

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Dec. 24, 2007

_George Tolbert_
Signature of Applicant

GEORGE TOLBERT
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tolbert George I.D.# 2006-0035537 has the sum of $ -3.54 on account to his/her credit at (name of institution) CCDCC.
I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 20.00.
(Add all deposits from all sources and then divide by number of months).

12/24/07
DATE

_CCW K. Smith_
SIGNATURE OF AUTHORIZED OFFICER

CCW K. Smith
(Print name)

Rev. 7/18/02



**TRANSACTION REPORT**
Print Date: 12/24/2007

| Inmate Name: | TOLBERT, GEORGE | Balance: | -$3.54 |
|---|---|---|---|
| Inmate Number: | 20060035557 | | |
| Inmate DOB: | 8/13/1958 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/04/2007 | LAW LIBRARY | -3.60 | -3.54 |
| 08/17/2006 | ORDER DEBIT | -0.15 | 0.06 |
| 06/01/2006 | ORDER DEBIT | -5.17 | 0.21 |
| 05/27/2006 | ORDER DEBIT | -10.94 | 5.38 |
| 05/19/2006 | ORDER DEBIT | -27.59 | 16.32 |
| 05/15/2006 | CREDIT | 43.91 | 43.91 |

© 2004 ARAMARK Corporation. All Rights Reserved

<u>CERTIFICATE OF SERVICE</u>

I, <u>GEORGE TOLBERT</u>, swear to the penalty of perjury that I served a copy(ies) of the attached Documents on Clerk of the U.S. District Court, 219 South Dearborn Street to serve the Defendants by placing it in the mail at the Cook County Correctional Center on December 31, 2007.

*George Tolbert* (signature)