*MHW*

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS  60604

# FILED

JAN 2 2 2008 *aew*
1-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GEORGE TOLBERT,
     Plaintiff

    V.

PHILIP J. CLINE, et al,
    Defendant(s).

CASE No. Pending  08 C 118

JURY DEMAND

NOTE TO CLERK OF U.S. DISTRICT COURT;

    Plaintiff Tolbert is submitting more copies of his Civil Rights
Complaint because there are multiple defendants on this civil action.
Plaintiff Tolbert cannot supply the amount of copies for each defendant
at one law library visit it takes to many copies our limit is ten (10)
copies each visit.

    Thank you for your consideration and patience

                    _George Tolbert_
                    GEORGE TOLBERT

<u>CERTIFICATE OF SERVICE</u>

I, <u>GEORGE TOLBERT</u>,  swear to the penalty of perjury that I served
additional copies of a previous submitted Civil Rights Complaint
to the <u>Clerk of the U.S. District Court, 219 South Dearborn Street</u>,
Chicago, Illinois 60604 by placing it in the mail at the <u>Cook County</u>
<u>Department of Corrections</u> on this <u>15th</u> day of <u>January</u>, 2008.


_____
GEORGE TOLBERT